AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

FILED
AUG -1 2018
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DERON JOHN MANTEI | ) Case No. | 5:18-mj-957 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __JANUARY 2018__ in the county of __BEXAR__ in the __WESTERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | INTERSTATE COMMUNICATIONS - THREAT |
| | PENALTIES: Not more than 5 years imprisonment, $250,000 fine, 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Mel-Jovan Sanchez, Deputy U.S. Marshal
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: 8/1/18

_____
*Judge's signature*

City and state: San Antonio, Texas

The Honorable Henry J. Bemporad, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Mel-Jovan SANCHEZ, being duly sworn does hereby depose and state as follows:

I, Mel-Jovan SANCHEZ, am currently employed as a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS) assigned to the San Antonio District Office in San Antonio, Texas. I have been employed by the USMS since October 2003. As a DUSM, I work with federal and state law enforcement officers in the investigation of violations of federal laws, including Title 18 of the United States Code, including but not limited to investigations and prosecutions involving the use of the internet to communicate threats, in violation of Title 18, United States Code, Section 875. During the course of my employment, I have been personally involved in a number of federal criminal investigations and I have testified in federal and state court as it pertains to federal matters.

I have personally participated in this investigation and am thoroughly familiar with the information contained in this affidavit either through personal investigation or through discussions with other law enforcement personnel. The following information is derived from my review of physical evidence, collection of emails, interviews, serving of subpoenas, review of reports, and discussions with other investigators who have personal knowledge of the matters covered in those reports and discussions, who have personal knowledge of the events described herein. All of the facts set forth below are true and correct to the best of my knowledge:

### Email Messages Containing Threats

Between May 29, 2018 and July 29, 2018, twenty-eight (28) alarming and disturbing emails were received by a federal district court judge for the Western District of Texas. The emails originated from the following email addresses: deronsemail2018@inbox.lv, becausemail1966@inbox.lv, bows1966@inbox.lv, and djhemi2018@gmail.com. Within a number of the emails, the sender identifies himself as **Deron MANTEI**. Within the emails, MANTEI discusses a variety of personal complaints and vendettas against the Federal Bureau of Investigation (FBI), the federal court system, and local law enforcement in Phoenix, San Antonio, El Paso and Houston. Furthermore, the alarming and disturbing language within the emails include his intent to not only harm himself, but also a business owner who was a former employer of **MANTEI**, in Phoenix, Arizona. Specifically, in at least one email, **MANTEI** tells the federal district court judge that he intends to kill the former employer.

On 07/09/2018, at 12:30 p.m., an email, addressed to the federal district court judge, originating from email address djhemi2018@gmail.com, was received, stating, in part, "they are telling me I must return to Phoenix to kill [former employer]."

On 07/31/2018, your Affiant located **Deron John MANTEI** in Ingram Transit Center on 3215 Northwestern Drive, San Antonio, TX and detained him. Following his constitutional and statutory warnings, **MANTEI** voluntarily admitted he utilizes the following email accounts: deronsemail2018@inbox.lv, becausemail1966@inbox.lv, bows1966@inbox.lv, and djhemi2018@gmail.com, and that he sent emails from those accounts to the federal district court judge at his official email address. During questioning, **MANTEI** further stated, "he sent the

threats because the voices, noise and lasers being shot at his body to include his genitals, were in fact telling him" to harm other people.

MANTEI was asked if he meant to hurt the federal district court judge that he threatened or his former employer in Phoenix. MANTEI stated it wasn't him who wanted to hurt the judge or his former employer, it was "they, the noises, and the lasers that were being shot at him telling him to kill them." MANTEI further stated "contextually I am not threatening the judge or [my former employer], you have to understand, but they are telling me to and I have to tell the Judge what they are saying, because his life is threatened."

Your Affiant has reason to believe, and does believe, probable cause exists that on 07/09/2018, in the Western District of Texas, Defendant **Deron John MANTEI** did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

Mel-Jovan Sanchez
Deputy United States Marshal

Sworn to before me on ~~July 31st~~ August 1, 2018.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE